Case 4:24-cv-05097   Document 47   Filed on 06/16/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. VITATOE A/K/A KRISJIANNIS DOUAGEISTE, <br> *Plaintiff,* <br><br> V. <br><br> KIPP, INC., SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, SEHEBA ALI, ALEXIS BROWN, ALBERT WHITE, CRYSTAL BATISTE, ROY MOORE, JONISHIA COOK, MELISSA VASQUEZ, AALIYAH RAMOS, AUDREY SOLOMON, CHUCK FIMBLE, AND LORI RUSSELL, <br> *Defendants.* | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:24cv5097 |

## **FINAL JUDGMENT**

In accordance with this Court's Order of Adoption adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** that the Court **GRANTS** Defendants Spring Branch Independent School District and Roy Moore's Motion to Dismiss (ECF No. 18) and **GRANTS** Defendants KIPP, Inc., and Sehba Ali, Alexis Brown, Albert White, Crystal Batiste, Melissa Vasquez, Aaliyah Ramos, Audrey Solomon, Chuck Fimble, and Lori Russell's Motion to Dismiss (ECF No. 21) and all claims against these Defendants are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the Court **DISMISSES WITHOUT PREJUDICE** the action against Defendant Jonishia Cook for Plaintiff's failure to timely serve pursuant to Fed. R. Civ. P. 4(m).

It is further **ORDERED** that the Court **DENIES** *pro se* Plaintiff Christopher J. Vitatoe also known as Krisjiannis Douageiste's first Motion to Amend and to Joinder (ECF No. 23) is **DENIED,** Plaintiff's second Motion to Amend and to Joinder (ECF No. 39) is **DENIED AS MOOT**, and Plaintiff's Motion for Sanctions (ECF No. 32) is **DENIED** .

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this __16th__ day of June, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE