United States District Court
Southern District of Texas
**ENTERED**
August 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER J. VITATOE a/k/a KRISJIANNIS DOVAGEISTE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-cv-5097** |
| | § | |
| **KIPP, INC., ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**MEMORANDUM, RECOMMENDATION, AND ORDER**

Pending before the Court[1] is pro se Plaintiff Christopher J. Vitatoe also known as Krisjiannis Dovageiste's ("Plaintiff") Motion Requesting Correction of Name and Address (ECF No. 65), Motion for Recusal (ECF No. 66), and Motion to Correct Final Judgment (ECF No. 67).

Plaintiff's Motion Requesting Correction of Name and Address (ECF No. 65) requests that the Court correct his name on the record and change his official address. (*Id.* at 1–3). The name and address change Plaintiff seeks is already reflected on CM/ECF. As such, the Court **DENIES AS MOOT** Plaintiff's Motion Requesting Correction of Name and Address (ECF No. 65).

---

[1] This case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72. (ECF No. 19).

Plaintiff's Motion for Recusal (ECF No. 66) seeks for the Undersigned to be removed from this case. (*Id.* at 10). The entirety of Plaintiff's unfounded accusations relate to the Undersigned's recommendations in Plaintiff's case, which cannot form the basis of a motion to recuse. *See Schwarzer v. Shanklin*, No. 4:18-cv-434, 2023 WL 5250518, at *2 (E.D. Tex. Aug. 15, 2023) (collecting cases). "Plaintiff's remedy lay in appealing the undersigned's rulings to the Fifth Circuit Court of Appeals, which he has done." *Id.* As such, the Court **RECOMMENDS** Plaintiff's Motion for Recusal (ECF No. 66) be **DENIED**.

Plaintiff's Motion to Correct Final Judgment (ECF No. 67) makes several requests related to "the corruption of the Record" and seeks to correct that record on appeal. (*Id.* at 7–10). The Fifth Circuit Court of Appeals has since issued its judgment, affirming the judgment of the District Court. (ECF Nos. 72–73). As such, the Court **DENIES AS MOOT** Plaintiff's Motion to Correct Final Judgment (ECF No. 67).

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on August 6, 2026.

Richard W. Bennett
United States Magistrate Judge