United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER J. VITATOE A/K/A KRISJIANNIS DOUAGEISTE, *Plaintiff,* | § | |
| V. | § | CIVIL ACTION NO. 4:24cv5097 |
| KIPP, INC., SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, SEHBA ALI, ALEXIS BROWN, ALBERT WHITE, CRYSTAL BATISTE, ROY MOORE, JONISHIA COOK, MELISSA VASQUEZ, AALIYAH RAMOS, AUDREY SOLOMON, CHUCK FIMBLE, AND LORI RUSSELL, *Defendants* | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 6, 2026 (Dkt. 74) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is, therefore, **ORDERED** that Plaintiff, Christopher J. Vitatoe's Motion for Recusal (Dkt. 66) is **DENIED**.

**SIGNED** at Houston, Texas this 25th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE